**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00574-CR

### FRANCO PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56586-P**

## ORDER

The reporter's record was due July 7, 2019. When it was not filed, we notified court reporter Crystal Jones-Brown by postcard dated July 10, 2019. Ms. Jones-Brown responded and told the Court that appellant had not paid or made arrangements to pay for the record. We then notified appellant; by letter dated August 26, 2019, new counsel John Nation informed the Court that appellant made arrangements to pay for the reporter's record.

We **ORDER** the reporter's record **DUE THIRTY DAYS** from the date of this order.


/s/    LANA MYERS
        JUSTICE